IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERICA TALASEK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-3306 |
| | § | |
| UNUM LIFE INSURANCE COMPANY | § | |
| OF AMERICA, UNUM GROUP, AND | § | |
| NATIONAL OILWELL VARCO, LP | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 69) dated January 21, 2020, and the objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** this 21st day of February, 2020, in Houston, Texas.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE