United States District Court
Southern District of Texas
**ENTERED**
December 30, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ERICA TALASEK, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:18-cv-3306 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, ET AL., *Defendants.* | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated December 15, 2020 (ECF 100) and the objections thereto (ECF 101), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. It is further **ORDERED** that Plaintiff shall file a motion for judgment awarding a return of premiums on or before January 25, 2021.

**SIGNED** at Houston, Texas this 30th day of December, 2020.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE