United States District Court
Southern District of Texas
**ENTERED**
March 16, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERICA TALASEK, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:18-cv-3306 |
| | § | |
| UNUM LIFE INSURANCE COMPANY | § | |
| OF AMERICA, ET AL., | § | |
| *Defendants.* | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated February 26, 2021(ECF 109), to which there are no objections, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. The Court will issue a separate Final Judgment.

**SIGNED** at Houston, Texas this ___16th___ day of March, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE