# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
June 23, 2021
Nathan Ochsner, Clerk of Court

No. 21-20069

A True Copy
Certified order issued Jun 23, 2021

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

Erica Talasek,

*Plaintiff—Appellant,*

versus

National Oilwell Varco, L.P.,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-3306

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal as to Unum Life Insurance Company of America is dismissed as of June 23, 2021, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Shawn D. Henderson, Deputy Clerk
ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

June 23, 2021

United States Courts  
Southern District of Texas  
FILED

*June 23, 2021*

Nathan Ochsner, Clerk of Court

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

No. 21-20069    Talasek v. National Oilwell Varco  
USDC No. 4:18-CV-3306

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate as to Appellee Unum Life Insurance Company of America. The appeal remains pending as to Appellee National Oilwell Varco, LP.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Shawn D. Henderson, Deputy Clerk  
504-310-7668

cc w/encl:  
    Ms. Elizabeth L. Bolt  
    Mr. Wesley E. Stockard  
    Mr. Nitin Sud

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

Case No. 21-20069

Erica Talasek,

        Plaintiff - Appellant

v.

National Oilwell Varco, L.P.,

        Defendant - Appellee